Memorandum Opinion filed October 27, 2005









Memorandum Opinion filed October 27, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-05-00748-CV

____________

 

BILL
HEARD CHEVROLET, LTD., BILL HEARD CHEVROLET CORP., and 

BILL HEARD CHEVROLET
MANAGEMENT, LLC, Appellants

 

V.

 

EHIOZUWA J. AGBONAYINMA,
Appellee

________________________________________________________________

 

On Appeal from the 240th
District Court

Fort Bend County, Texas

Trial Court Cause No.
05-CV-142,432

________________________________________________________________

 

M E M O R A N D U M   O
P I N I O N

Appellants
bring this appeal from the trial court=s Order Granting Petition for Rule
202 Deposition.  It appears from that
order the trial court deferred its ruling on the issue of arbitrability until
after the Rule 202 Deposition has been taken.[1]  








The
trial court=s order granting the Petition for
Rule 202 Deposition is not an appealable interlocutory order.  Therefore we have no jurisdiction except to
declare the interlocutory nature of the order and dismiss the appeal.  Tex.
R. App. P. 42.3(a); Yancey v. Jacob Stern & Sons, Inc., 564
S.W.2d 487, 488 (Tex.Civ.App.BHouston [1st Dist.] 1978, no writ); Lipshy Motorcars, Inc.
v. Sovereign Assoc.'s, Inc., 944 S.W.2d 68, 70 (Tex. App.BDallas 1997, no writ).

 

The
trial court has not ruled on the motion to compel arbitration.  Because there is no order denying the motion
from which to appeal, we do not have jurisdiction.  See City of Galveston v. Gray, 93
S.W.3d 587, 590 (Tex. App.BHouston [14th Dist.] 2002, orig. proceeding).

For
these reasons, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed October
27, 2005.

Panel consists of Justices Fowler, Edelman, and
Guzman. 

Do Not Publish.

 

 











[1]   These
matters are also before this court in a petition for writ of mandamus, In re
Bill Heard Chevrolet, Ltd. d/b/a Bill Heard Chevrolet-Sugar Land,
14-05-00744-CV.